

ORIGINAL

FILED

10/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0319

**FILED**

OCT 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CECIL THOMAS RICE,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause therefore,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before November 8, 2021.

DATED this 1st day of October, 2021.

For the Court,

_____
Justice